570 A.2d 508

**William SLADE, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 14, 1989.

Decided March 2, 1990.

Thomas D. Sutton, Philadelphia, for appellant.

David Wilderman, Richard Markowitz, for amicus—AFL–CIO.

Jordan Rossen, Richard W. McHugh, for amicus—International Union, UAW.

Clifford Blaze, and Maribeth Wilt Seibert, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

**PER CURIAM.**

The order of the Commonwealth Court is hereby affirmed.

LARSEN, J., dissents.